# EXHIBIT D





<mark>

</mark>

    

150EM4002   $19.95
150EM4002PL  $20.95
150EM4002/TT $21.95
**Brass Attacking Eagle**

150EM4003   $19.95
150EM4003PL  $20.95
150EM4003/TT $21.95
**Copper Attacking Eagle**

150EM4004   $19.95
150EM4004PL  $20.95
150EM4004/TT $21.95
**Pewter Attacking Eagle #2**

150EM4005   $19.95
150EM4005PL  $20.95
150EM4005/TT $21.95
**Brass Attacking Eagle #2**

150EM4006   $19.95
150EM4006PL  $20.95
150EM4006/TT $21.95
**Copper Attacking Eagle #2**



[FLINT 6] $ 0.75
**Thunderbird Flints**
6 Flints per pack.
Minimum: 24 packs



**Special Collector's Tin Box**
All Thunderbird lighters come packed in a special collector's tin.



[POUCH-BLK]
$ 6.95
**Black Leather Pouch with Clip**



[POUCH-BRN]
$ 6.95
**Brown Leather Pouch with Clip**

# PREMIUM CUSTOM LOGO

Call to inquire about Custom-logo Program



Laser Engraving

Deep Carved Stamping
i. No color
ii. Color Fill (shown here)

Etching Color Fill

Stamping
i. No color
ii. Color Fill (shown here)





Full Color Photo Imprinting

Corona Cigar is a registered trademark of Corona Cigar Co.
(Not for sale with this logo)

Bicycle is a registered trademark of US Playing Card Co.
(Not for sale with this logo)

28