# EXHIBIT E



## Vector Retailer Stores In Your Area

**ABSOLUTE PREMIUM CIGARS**
22 S.W. 8TH ST.
MIAMI, FL
Mapquest
Google Maps
Approximately 1 mile Away.

**BAYSIDE CIGARS**
401 BISCAYNE BLVD.
UNIT# S-129
MIAMI, FL
Mapquest
Google Maps
Approximately 1 mile Away.

**EL CLIQUE CIGAR CLUB**
1252 CORAL WAY
MIAMI, FL
Mapquest
Google Maps
Approximately 2 miles Away.

**ART DISTRICT CIGARS**
1638 S.W. 8TH ST.
MIAMI, FL
Mapquest
Google Maps
Approximately 2 miles Away.

**LITTLE HAVANA CIGAR FACTORY**
1501 S.W. 8TH ST.
MIAMI, FL
Mapquest
Google Maps
Approximately 2 miles Away.

**COCO CIGAR**
3015 GRAND AVE.
SUITE 208
COCONUT GROVE, FL
Mapquest
Google Maps
Approximately 4 miles Away.

**SAMAYA, INC.**
1419A WASHINGTON AVE.
MIAMI BEACH, FL
Mapquest
Google Maps
Approximately 5 miles Away.

**BAMBOO CIGARS**
1339 WASHINGTON AVE.
MIAMI BEACH, FL
Mapquest
Google Maps
Approximately 5 miles Away.

**LUCKY CIGARS**
913 MICHIGAN AVE.
SUITE 7
SOUTH BEACH, FL
Mapquest
Google Maps
Approximately 5 miles Away.

**ALADDIN SMOKE SHOP**
857 WASHINGTON AVE.
MIAMI BEACH, FL
Mapquest
Google Maps
Approximately 5 miles Away.

**DECO DRIVE CIGARS**
1650 MERIDIAN AVE
MIAMI BEACH, FL
Mapquest
Google Maps
Approximately 5 miles Away.

**ROCK & WAVE**
1509 WASHINGTON AVE.
MIAMI BEACH, FL
Mapquest
Google Maps
Approximately 5 miles Away.

**LIT CIGARS CORP.**
4061 PONCE DE LEON BLVD.
CORAL GABLES, FL
Mapquest
Google Maps
Approximately 6 miles Away.

**CAPITAL CIGARS**
7902 NW 36TH ST.
SUITE 9
DORAL, FL
Mapquest
Google Maps
Approximately 7 miles Away.

**TOBACCO & WINE**
8449 S.W. 24TH ST.
(CORAL WAY)
MIAMI, FL
Mapquest
Google Maps
Approximately 7 miles Away.

**AMERICAN CARIBBEAN CIGARS**
6374 SW 40TH ST
MIAMI, FL
Mapquest
Google Maps
Approximately 7 miles Away.

**LIGHTERS & GIFTS**
DADELAND MALL
7535 N. KENDALL DR.
MIAMI, FL
Mapquest
Google Maps
Approximately 9 miles Away.

**NEPTUNE CIGAR, INC.**
9308 S DIXIE HWY
MIAMI, FL
Mapquest
Google Maps
Approximately 9 miles Away.

**HAVANA 59 CIGAR COMPANY**
11401 S.W. 72ND CT
MIAMI, FL
Mapquest

Google Maps
Approximately 9 miles Away.

### LIBORIO CIGARS
9520 HARDING AVE.
SURFSIDE, FL
Mapquest
Google Maps
Approximately 9 miles Away.

### SMOKEY'S TOBACCO SHOP
9276 SW 40TH ST
MIAMI, FL
Phone: 305 2253388
Email: FHSMOKES@GMAIL.COM

More Information:
MIKE FERNANDEZ

Mapquest
Google Maps
Approximately 10 miles Away.

### HAVANA 1950'S CIGAR CO.
6702 MAIN STREET
MIAMI LAKES, FL
Mapquest
Google Maps
Approximately 11 miles Away.

### CIGARS BY MARIO, INC.
dba STOGIE'S FINE CIGARS
11612 S.W. 88TH ST.
MIAMI, FL
Mapquest
Google Maps
Approximately 12 miles Away.

### VILAR CIGARS
13989 S. DIXIE HWY.
MIAMI, FL
Mapquest
Google Maps
Approximately 12 miles Away.

### THE MIAMI HEADQUARTERS, INC.
17026 COLLINS AVE.
SUNNY ISLES BEACH, FL
Mapquest
Google Maps
Approximately 12 miles Away.

### C LOUNGE
3945 NE 163RD ST.
NORTH MIAMI BEACH, FL
Mapquest
Google Maps
Approximately 12 miles Away.

### HAVANA GROUP CIGAR CLUB
15458 NW 77TH CT
MIAMI LAKES, FL
Mapquest
Google Maps
Approximately 13 miles Away.

### S&S CIGAR CORP/dba Cigar Box
19575 BISCAYNE BLVD.
STE K2032 (AVENTURA MALL)
AVENTURA, FL

Mapquest
Google Maps
Approximately 13 miles Away.

### TOBACCO BREEZE
12532 SW 120TH ST.
MIAMI, FL
Mapquest
Google Maps
Approximately 15 miles Away.

### SMOKERS HEAVEN INC.
12305 S.W. 137TH AVE.
SUITE 306
MIAMI, FL
Mapquest
Google Maps
Approximately 15 miles Away.

### BUENA VISTA CIGARS
18400 NW 75TH PL
SUITE #134
MIAMI, FL
Mapquest
Google Maps
Approximately 15 miles Away.

### CASA SUAREZ CIGAR
19531 W LAKE DR
MIAMI, FL
Mapquest
Google Maps
Approximately 15 miles Away.

### CUENCA CIGARS, INC.
1928 HARRISON STREET
SUITE B
HOLLYWOOD, FL
Mapquest
Google Maps
Approximately 17 miles Away.

### AFICIONADO'S PREMIUM CIGARS
112 S. FLAMINGO RD.
PEMBROKE PINES, FL
Mapquest
Google Maps
Approximately 17 miles Away.

### THE PURE AROMA CIGAR
14843 S.W. 67TH LN.
MIAMI, FL
Mapquest
Google Maps
Approximately 18 miles Away.

### PANORAMIC VIEW INC.
dba COSMIC CHARLIES
7821 PINES BLVD.
PEMBROKE PINES, FL
Mapquest
Google Maps
Approximately 18 miles Away.

### BOB'S NEWS & BOOKS
1515 S. ANDREWS AVE.
FORT LAUDERDALE, FL
Mapquest
Google Maps
Approximately 23 miles Away.

### MACABI CIGAR BAR
801 S. UNIVERSITY DR.
#C-138
PLANTATION, FL
Mapquest
Google Maps
Approximately 24 miles Away.

### ULTIMATE CIGAR INC.
195-C N. FEDERAL HWY
FT. LAUDERDALE, FL
Mapquest
Google Maps
Approximately 24 miles Away.

### MACABI CIGAR BAR
1221 E. LAS OLAS BLVD.
FT. LAUDERDALE, FL
Mapquest
Google Maps
Approximately 24 miles Away.

### MANKIND
501 S.E. 2ND ST.
SUITE 103
FORT LAUDERDALE, FL
Mapquest
Google Maps
Approximately 24 miles Away.

### SMOKE ON THE WATER
1630 BELL TOWER LANE
WESTON, FL
Mapquest
Google Maps
Approximately 25 miles Away.

### DISCOUNT TOBACCO
4830 N. UNIVERSITY DR.
LAUDERHILL, FL
Mapquest
Google Maps
Approximately 28 miles Away.

### CIGAR WRAPPER
2614 N. FEDERAL HWY. US1
FORT LAUDERDALE, FL
Mapquest
Google Maps
Approximately 28 miles Away.

### SECRET MOMENTS
2652 E. OAKLAND PARK BLVD.
FT. LAUDERDALE, FL
Mapquest
Google Maps
Approximately 28 miles Away.

### BAYVIEW TOBACCO LTD.
2729 E. OAKLAND PARK BL.
FT. LAUDERDALE, FL
Mapquest
Google Maps
Approximately 28 miles Away.

### GENUINE TOBACCONIST
14236 S.W. 8TH ST.
MIAMI, FL
Mapquest
Google Maps

Approximately 28 miles Away.

### CIGAR OUTLET
401 E. COMMERCIAL BLVD.
FT. LAUDERDALE, FL
Mapquest
Google Maps
Approximately 29 miles Away.

### PEACE BROTHERS DIST. CORP.
4800 N. DIXIE HWY.
FT. LAUDERDALE, FL
Mapquest
Google Maps
Approximately 29 miles Away.

### CIGARTOYZ.COM
6733 N.W. 3RD ST.
MARGATE, FL
Mapquest
Google Maps
Approximately 33 miles Away.

### OASIS CIGARS
2610 SAWGRASS MILLS CIRCLE
LOCATION #1405
SUNRISE, FL
Mapquest
Google Maps
Approximately 34 miles Away.

### LIGHTERS & MORE
12801 W SUNRISE BLVD
SUNRISE, FL
Mapquest
Google Maps
Approximately 34 miles Away.

### CIGARS & EXPRESSO
9623 W. SAMPLE RD.
CORAL SPRINGS, FL
Mapquest
Google Maps
Approximately 35 miles Away.

### TOBACCO WORLD
4640 N. POWERLINE RD.
POMPANO BEACH, FL
Mapquest
Google Maps
Approximately 36 miles Away.

### AFICIONADO'S II
4678 CORAL RIDGE DR.
CORAL SPRINGS, FL
Mapquest
Google Maps
Approximately 36 miles Away.

### ISLAND SMOKE SHOP
103400 OVERSEAS HWY
SUITE 106
KEY LARGO, FL
Mapquest
Google Maps
Approximately 38 miles Away.

### BENNINGTON TOBACCO
501 S.E. MIZNER BLVD.
SUITE 80



BOCA RATON, FL
Mapquest
Google Maps
Approximately 40 miles Away.

### P.S. CIGARS
8222 GLADES RD.
BOCA RATON, FL
Mapquest
Google Maps
Approximately 42 miles Away.

### THE HEMP FACTORY
503 NE 20TH ST.
BOCA RATON, FL
Mapquest
Google Maps
Approximately 42 miles Away.

### LA VIDA HAVANA
9858 CLINT MOORE RD.
SUITE C111-303
BOCA RATON, FL
Mapquest
Google Maps
Approximately 44 miles Away.

### WAREHOUSE GOODS
1060 HOLLAND DR.
SUITE F
BOCA RATON, FL
Mapquest
Google Maps
Approximately 44 miles Away.